# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

TODD W. SHAYS

(DOB: 12/14/74)

## CRIMINAL COMPLAINT

CASE NUMBER: *03-1770-CBS*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  In or about  December 17, 2002, in the District of  Massachusetts defendant,

(Track Statutory Language of Offense)

did knowingly or intentionally possess a control substance, to wit, cocaine,

in violation of Title    21    United States Code, Section 844(a)  .

I further state that I am an  ATF Special Agent  and that this complaint is based on the following facts:
Official Title

See attached Affidavit of Michael P. Curran.

Continued on the attached sheet and made a part hereof:    [x] Yes    [ ] No

_Michael P. Curran_
Signature of Complainant
Special Agent Michael P. Curran
Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and subscribed in my presence,

November 19, 2003                     at  Boston, Massachusetts
Date                                        City and State


CHARLES B. SWARTWOOD, III
United States Magistrate Judge                  Signature of Judicial Officer
Title of Judicial Officer