UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO.
                                          03-1770-CBS
TODD W. SHAYS
300 MASSASOIT ROAD
WORCESTER, MA 01604
_____

YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance & Arraignment.**
PLACE:
  U.S. DISTRICT COURT                **COURTROOM #1, 5th FLOOR**
  **595 Main Street**                 DATE AND TIME:
  **WORCESTER**, MA 01608             **December 16, 2003, at 11:00 a.m.**
_____

To answer an **Indictment** Charging you with a violation of TITLE 21, USC Section 844

Description of offenses:

**KNOWINGLY OR INTENTIONALLY POSSESS A CONTROLLED SUBSTANCE, TO WIT, COCAINE**

**TO THE DEFENDANT:** You should appear with **your attorney** at the time and place given above.  Failure to appear will result in the issuance of a warrant for your arrest.  If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Lisa B. Roland at (508) 929-9905 as soon as possible.

                                                CHARLES B. SWARTWOOD, III,
                                                Magistrate Judge

Dated: December 3, 2003            /s/ Lisa B. Roland
                                   Lisa B. Roland
                                   Deputy Clerk
                                   (508) 929-9905

***PLEASE REPORT TO PRETRIAL SERVICES,** 4th floor, 595 Main Street, Worcester, MA, **2 hours** before you are scheduled to appear before the Magistrate Judge for the purpose of a pretrial interview.