UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TODD W. SHAYS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

2004 MAY 19  A 10: 17

CRIMINAL NO.

U.S. DISTRICT COURT
VIOLATIONS OF MASS.
21 U.S.C. § 844(a) -
(Possession of a Controlled
Substance)

## INFORMATION

COUNT ONE: (21 U.S.C. § 844(a) - Possession of a Controlled
Substance)

The United States Attorney charges that:

On or about December 17, 2002, at Worcester, in the District
of Massachusetts,

### TODD W. SHAYS,

the defendant herein, did knowingly or intentionally possess a
controlled substance -- to wit, cocaine.

All in violation of Title 21, United States Code, Section
844(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date: May 18, 2004

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __II__    **Investigating Agency** __ATF__

**City** __Worcester__    **Related Case Information:**

**County** __Worcester__

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | 03-1770-CBS |
| Search Warrant Case Number | |
| R 20/R 40 from District of | _____ |

### Defendant Information:

**Defendant Name** __TODD W. SHAYS__    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** __300 Massasoit Road, Worcester 01604__

**Birth date (Year only):** __1974__  **SSN (last 4 #):** __9466__  **Sex** __M__  **Race:** __W__   **Nationality:** __U.S.A.__

**Defense Counsel if known:** __Edward P. Ryan, Esq.__    **Address:** __61 Academy Street__
__Fitchburg, MA 01420__

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** __Antoinette E.M. Leoney__    **Bar Number if applicable** __545567__

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** __N/A__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** __Charles B. Swartwood, III__ on __12/16/03__

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 18, 2004    **Signature of AUSA:** _Antoinette E.M. Leoney_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    TODD W. SHAYS _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §844(a) | Possession of Controlled Substance | 1 |
| Set 2 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

crim.cov2.JS45.wpd - 1/15/04 (USAO-MA)