UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAY 19  A 10: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. |
| | ) |
| TODD W. SHAYS, | ) |
| | ) |
| Defendant. | ) |

INFORMATION PURSUANT TO 21 U.S.C. §851

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of Defendant Todd W. Shays, the government will seek increased punishment by reason of the following criminal convictions:

1. East Brookfield District Court Docket # 0169CR1030B, Offense: Possession to Distribute Class B, to wit, Cocaine. Arraignment Date: July 26, 2001; and

2. East Brookfield District Court Docket # 9869CR0275B, Offense: Possession Class D Controlled Substance, to wit, Marijuana. Arraignment Date: March 5, 1998.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date: May 18, 2004

## CERTIFICATE OF SERVICE

Suffolk, ss.

Boston, Massachusetts
May 18, 2004

I, Antoinette E.M. Leoney, Assistant U.S. Attorney hereby certify that I have caused a true copy of the forgoing to be served by hand upon defense counsel, Edward P. Ryan, Esq., of O'Connor & Ryan, P.C., 61 Academy Street, Fitchburg, MA 01420

_____
Antoinette E.M. Leoney
Assistant U.S. Attorney