# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA,**</u>  Criminal Case

<u>NO.</u> <u>04-40014-NMG</u>

V.

<u>**Todd Shays,**</u>
   **Defendant**

## NOTICE

<u>GORTON,   D.J.</u>

PLEASE TAKE NOTICE that the above DEFENDANT has been SET for <u>     Rule 11 Hearing          </u> on <u>TUESDAY   JUNE 29, 2004          </u> at <u> 11:00AM  </u> before Judge <u>    GORTON    </u> in U.S. District Court, BOSTON, MA.

<u>   6/17/04         </u>                    /S/ MARTIN CASTLES
      Date                                **Deputy Clerk**
                                          **508-929-9904**

**Notice mailed to:**
**Counsel of record**
**Probation**
**Pretrial**
**U.S. Marshals**